In the Matter of STEWART D. MOOT, an Attorney, Resignor. [700 NYS2d 780] —Resignation accepted and name stricken from roll of attorneys. Present—Green, J. P., Lawton, Hayes, Pigott, Jr., and Hurlbutt, JJ. (Filed Dec. 10, 1999.)

 In the Matter of SCOTT S. OAKLEY, an Attorney, Resignor. [700 NYS2d 778] —Voluntary resignation accepted and name removed from roll of attorneys (see, Matter of Manown, 240 AD2d 83). Present—Green, J. P., Hayes, Pigott, Jr., Hurlbutt and Scudder, JJ. (Filed Nov. 10, 1999.)

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BIZALLION, Appellant. [700 NYS2d 877] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Sexual Abuse, 1st Degree.) Present—Green, J. P., Pine, Lawton, Wisner and Callahan, JJ. (Filed Dec. 13, 1999.)

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR BRADLEY, Appellant. [700 NYS2d 781] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Ark, J.— Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Pine, Lawton, Wisner and Balio, JJ. (Filed Dec. 13, 1999.)

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK CAMPBELL, Appellant. [700 NYS2d 779] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Robbery, 2d Degree.) Present—Pine, J. P., Lawton, Hayes, Hurlbutt and Balio, JJ. (Filed Dec. 6, 1999.)

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES CUMMINGS, Appellant. [700 NYS2d 878] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Bristol, J.— Criminal Possession Controlled Substance, 2nd Degree.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Balio, JJ. (Filed Dec. 14, 1999.)